UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES R HARBAUGH,

Defendant.

CASE NO. CR06-202JLR

INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Jill Otake.

The defendant appears personally and represented by counsel, Miriam Schwartz.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant having been advised of the allegation admits said violation.

The Court accepts the defendant's admission to failing to reside in and satisfactorily participate in a residential reentry center program by absconding from the program on or about February 23, 2012.

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 1

The Court schedules a disposition hearing to be held at the time and date below set forth before Judge James L. Robart:

*Date of hearing: March 15, 2012*

*Time of hearing: 10:00am*

IT IS ORDERED that the defendant

☐ Be released on an appearance bond, subject to the terms and conditions set forth thereon.

☒ Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

Dated this 24 day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION- 2